IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:95CR40 |
| | ) | |
| Plaintiff, | ) | ORDER TO WITHDRAW |
| | ) | OR DESTROY EXHIBITS |
| vs. | ) | |
| | ) | |
| WILLIAM VORE, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for the defendant has notified the court they wish the exhibits in this matter to be destroyed.

Defendant's Exhibits        Motion Hearing        12/06/1995

Pursuant to NECivR 79.1(f) (2), If counsel fail to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above- listed exhibits 15 days from the date of this order.

IT IS SO ORDERED.

DATED this 8th day of March, 2017.

BY THE COURT'

s/ Laurie Smith Camp
Chief United States District Judge

proc\Exhibits\Form-Order to Withdraw or OSC Destroy, appeal time expired.wpd
Approved 02/15/07